UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALLSTATE INSURANCE COMPANY,
an Illinois corporation,

        Plaintiff,

v.                                      Case No. 3:03-cv-762-J-20TEM

ATLANTA CASUALTY COMPANY,
an Ohio corporation,

        Defendant.
_____/

## ORDER

Before the Court is the Defendant's Motion for Summary Judgment and Incorporated Memorandum of Law (Doc. No. 61, filed on March 31, 2005), and Plaintiff's Opposition (Doc. No. 69, filed on April 7, 2005). Also, before the Court is Plaintiff's Renewed Dispositive Motion for Summary Judgment (Doc. No. 72, filed on April 14, 2005) and Defendant's Memorandum in Opposition (Doc. No. 74, filed on April 28, 2005). The Court has considered all of these pleadings and extensive record evidence, and finds that there are genuine issues of material facts regarding whether Defendant acted in bad faith in the handling of the underlying claim. Therefore, both Motions for Summary Judgment (Doc. No. 61 and Doc. No. 72) are **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this 20th day of May, 2005.

                                                  HARVEY E. SCHLESINGER
                                                  United States District Judge

Copies to:

Kenneth C. Steel, Esq.
Michael T. Callahan, Esq.