UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALLSTATE INSURANCE COMPANY,
an Illinois corporation,

       Plaintiff,

v.                                     Case No. 3:03-cv-762-J-20TEM

ATLANTA CASUALTY COMPANY,
an Ohio corporation,

       Defendant.
_____/

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice (Doc. No. 80, filed on June 15, 2005), stipulating to a dismissal of the case in its entirety, with each party to bear its own attorneys' fees and costs. Therefore, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. The Clerk shall close the file.

**DONE AND ENTERED** at Jacksonville, Florida, this _20th_ day of June, 2005.

                                            HARVEY E. SCHLESINGER
                                            United States District Judge

Copies to:

Kenneth C. Steel, Esq.
Michael T. Callahan, Esq.